Bruce J. Hagel CSB 63531
Elizabeth L. Gade CSB 161495
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA 95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

**FILED**

FEB 2 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN TAPIA, <br><br> Plaintiff, <br><br> vs. <br><br> JO ANNE BARNHART, <br><br> Defendant | CASE NO: 2:05-CV-01791 GGH <br><br> (▮▮▮▮▮) ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT OR REMAND ON THE PLEADINGS |

Pursuant to the stipulation of the parties, electronically filed (DATE WILL BE INSERTED PRIOR TO FILING DOCUMENT), showing good cause for a requested first extension of Plaintiff's time to file Motion for summary Judgment or Remand on the Pleadings, the request is hereby APPROVED.

Plaintiff shall file her Motion on or before March 29, 2006

DATED: FEB 28 2006

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE